# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: HOUSE OF CLASPS, INC. | §  Case No. 114-40211 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD J. McCORD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $80,750.00
*(without deducting any secured claims)*

Assets Exempt:  N/A

Total Distribution to Claimants: $2,459.81

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $1,352.47

---

3) Total gross receipts of $      3,661.00      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $3,661.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,352.47 | 1,352.47 | 1,352.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,650.00 | 14,789.52 | 7,394.76 | 2,459.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 181,034.34 | 131,132.38 | 116,885.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $184,684.34 | $147,274.37 | $125,633.07 | $3,812.28 |

4) This case was originally filed under Chapter 7 on January 20, 2014. The case was pending for 47 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/18/2017            By:  /s/RICHARD J. McCORD
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE. | 1121-000 | 2,636.00 |
| PREFERENCES | 1241-000 | 1,025.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,661.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Expenses - RICHARD J. McCORD | 2200-000 | N/A | 57.22 | 57.22 | 57.22 |
| Trustee Compensation - RICHARD J. McCORD | 2100-000 | N/A | 915.25 | 915.25 | 915.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,352.47 | $1,352.47 | $1,352.47 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 484.60 | 0.00 | 151.28 |
| 4P-2 | NYS DEPT OF TAX & FINANCE | 5800-000 | N/A | 484.60 | 484.60 | 151.28 |
| 6P | Internal Revenue Service | 5800-000 | N/A | 6,910.16 | 0.00 | 0.00 |
| 6P-2 | Internal Revenue Service | 5800-000 | 3,650.00 | 6,910.16 | 6,910.16 | 2,157.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,650.00 | $14,789.52 | $7,394.76 | $2,459.81 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company of New York, Inc. | 7100-000 | 710.67 | 453.47 | 453.47 | 0.00 |
| 2 | Crown Findings Co., Inc. | 7100-000 | 16,208.00 | 15,256.37 | 15,256.37 | 0.00 |
| 3 | Jaco Import Corporation | 7100-000 | 75.00 | 370.60 | 370.60 | 0.00 |
| 4U | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 58.33 | 0.00 | 0.00 |
| 4U-2 | NYS DEPT OF TAX & FINANCE | 7100-000 | N/A | 58.33 | 58.33 | 0.00 |
| 5 | Imperial Int'l Importers | 7100-000 | 51,986.00 | 86,558.86 | 86,558.86 | 0.00 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 14,188.21 | 0.00 | 0.00 |
| 6U-2 | Internal Revenue Service | 7100-000 | N/A | 14,188.21 | 14,188.21 | 0.00 |
| NOTFILED | Landa International | 7100-000 | 182.00 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (10/1/2010)

| NOTFILED | Grassman Blake | 7100-000 | 344.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Karbra Co | 7100-000 | 390.00 | N/A | N/A | 0.00 |
| NOTFILED | DMJ Castings | 7100-000 | 473.00 | N/A | N/A | 0.00 |
| NOTFILED | Sarkis & Cahe Choulijan | 7100-000 | 586.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 737.76 | N/A | N/A | 0.00 |
| NOTFILED | VNB Diamonds | 7100-000 | 492.00 | N/A | N/A | 0.00 |
| NOTFILED | United Envelope | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | Mr. Molds | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | D.C. Printing | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 25,392.77 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 41,226.38 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 31,406.76 | N/A | N/A | 0.00 |
| NOTFILED | Chaim Ausch Diamonds | 7100-000 | 10,259.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $181,034.34 | $131,132.38 | $116,885.84 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 114-40211 | **Trustee:** (521290) RICHARD J. McCORD | |
| **Case Name:** HOUSE OF CLASPS, INC. | **Filed (f) or Converted (c):** 01/20/14 (f) | |
| | **§341(a) Meeting Date:** 02/12/14 | |
| **Period Ending:** 12/18/17 | **Claims Bar Date:** 05/21/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, C | 0.00 | 0.00 | | 0.00 | FA |
| 3 | BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, | 200.00 | 0.00 | | 0.00 | FA |
| 4 | ACCOUNTS RECEIVABLE. | 10,000.00 | Unknown | | 2,636.00 | FA |
| 5 | PATENTS, COPYRIGHTS AND OTHER INTELLECTUAL PROPE | Unknown | Unknown | | 0.00 | FA |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | 12,750.00 | Unknown | OA | 0.00 | FA |
| 7 | MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED | 6,800.00 | Unknown | OA | 0.00 | FA |
| 8 | INVENTORY. | 61,000.00 | Unknown | OA | 0.00 | FA |
| 9 | PREFERENCES (u) | Unknown | Unknown | | 1,025.00 | FA |
| 10 | ASSET ENTERED IN ERROR (u) | Unknown | Unknown | | 0.00 | FA |
| **10** | **Assets    Totals (Excluding unknown values)** | **$90,750.00** | **$0.00** | | **$3,661.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed

01/23/2014- The Trustee has contacted MYC & Associates to make  arrangements to inspect the inventory reflected on the debtors  schedules. The Trustee has sent correspondence to the debtors  attorney requesting documents on business and requesting  cooperation with MYC.

01/29/2014- MYC will be inspecting the inventory of the Debtor on January 31, 2014.

01/31/2014- The Trustee has prepared and filed the application  for the retention of Certilman Balin as counsel to the Trustee.

02/06/2014- The Trustee has had MYC & Associates visit the debtors former business premises and evaluate the inventory. The  inventory is consists of various molds, jewelers workstations,  polishing motors, air handling unit, safes, phone systems,  computers, assorted office supplies, colors stones etc. MYC has  advised the Trustee that the auction value of the assets does not exceed the cost of handling advertising for and selling the  inventory. Based upon same, the Trustee has prepared and filed  the Notice of Abandonment of Property of the Estate. Objections  are to be filed by March 6, 2013. If there are objections a  hearing will be held on March 13, 2014. If no objections are  filed, the inventory will be deemed abandoned as of March 7,  2014.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 114-40211 | **Trustee:** (521290) | RICHARD J. McCORD |
| **Case Name:** HOUSE OF CLASPS, INC. | **Filed (f) or Converted (c):** | 01/20/14 (f) |
| | **§341(a) Meeting Date:** | 02/12/14 |
| **Period Ending:** 12/18/17 | **Claims Bar Date:** | 05/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

02/19/2014- The Trustee filed a notice of discovery of assets and request for bar date.

2/19/14 The Trustee sent correspondence enclosing proof of claims to unlisted creditors.

2/24/14 The Trustee has received accounts receivables from Fran Lippy Jewelers, Inc.; Lux, Bond and Green; Fisher Jewelers and Silversmiths; Kara Campbell Bossong; Tivol; Zatlas Gallery; Diamonds Direct USA, Inc.

3/3/14 The Trustee sent letters to all creditors who received payments from debtor within 90 days of the debtor's filing requesting turnover to said funds to the Trustee re: preference payments.

03/07/14- The Trustee has been advised by the bank that the deposit received from Diamonds Direct USA in the amount of $184.00 was returned for insufficient funds. The Trustee sent correspondence to Diamonds Direct advising of same and that they should immediately reissue the check to the Trustee.

3/13/14 The Trustee has received accounts receivable funds from Frassanito Jewelers Corp. in the amount of $200.00.

3/19/14 The Trustee has received accounts receivable funds from Wilson & Son.

3/19/14 Preference payment received from Hirsch & Co.

3/19/14 Preference payment received from GMC, LLC (Garage Parking Management)

03/19/14- The Trustee has prepared and filed an application for the 2004 examination of Mark Hirsch and designating him as a responsible party and the 2004 application for the examination of Michael Portnoy, an employee of the Debtor. The objections are to be filed by April 7 and 8, with the Orders to be signed on April 14 and 15.

3/24/14 - The Trustee received accounts receivable payment from David Harvey Fine Jewelers, LLC. in the amount of $42.00.

3/26/14 The Trustee received accounts receivable funds from De La Vega Design, LLC.

3/26/14 The Trustee received accounts receivable funds from Zundel's Jewelry.

5/29/14 The Trustee has been advised by the bank that the deposit received from Diamonds Direct USA in the amount of $184.00 was returned for insufficient funds. The Trustee sent follow up correspondence to Diamonds Direct advising of same and that they should immediately reissue the check to the Trustee.

06/12/2014- The Trustee received correspondence from Diamonds Direct as to the returned check. The check was previously paid to the Debtor and deposited prior to the filing. The Trustee has received proof of same.

09/05/2014- The deposit of $399.00 was returned as it was previously deposited by the debtor.

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 114-40211 | **Trustee:** (521290) RICHARD J. McCORD |
| **Case Name:** HOUSE OF CLASPS, INC. | **Filed (f) or Converted (c):** 01/20/14 (f) |
| | **§341(a) Meeting Date:** 02/12/14 |
| **Period Ending:** 12/18/17 | **Claims Bar Date:** 05/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/10/14- The Trustee is in the process of scheduling the 2004 examinations of the principal and former employee.

01/04/17- ECF request for clerk fees.

01/26/17- The Trustee is reviewing the proof of claims to determine the validity thereof.

04/05/2017- The Trustee has prepared and submitted the Trustee's Final Report to the Office of the United States Trustee.

04/14/17- The Trustees final report was approved and the final hearing is scheduled for May 9, 2017 at 2:00 p.m. The Order has been uploaded to Chambers.

06/06/17- There were no objections filed to the final report. The Order Approving the Trustee's Final Report and Awarding Commissions and Reimbursement of Expenses to the Chapter 7 Trustee was entered on May 19, 2017. As the Order is final and non-appealable, the Trustee has distributed the funds from the estate. Upon receipt of a zero bank balance, the Trustee will file the Affidavit of Final Distribution.

09/12/17- The Trustee placed a stop payment on check number 103 in the amount of $151.28 as the check was not cashed. The Trustee has issued a check to the USBC for unclaimed dividends.

11/27/17- The Trustee has prepared and submitted the Affidavit of Final Distribution to the Office of the United States Trustee.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | July 20, 2014 | **Current Projected Date Of Final Report (TFR):** | April 5, 2017  (Actual) |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 114-40211 | **Trustee:** RICHARD J. McCORD (521290) |
| **Case Name:** HOUSE OF CLASPS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******4966 - Checking Account |
| **Taxpayer ID #:** **-***3957 | **Blanket Bond:** $44,643,604.00  (per case limit) |
| **Period Ending:** 12/18/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/24/14 | {4} | Fran Lippy Jewelers, Inc. | Accounts Receivable received from Fran Lippy Jewelers, Inc. | 1121-000 | 25.00 | | 25.00 |
| 02/24/14 | {4} | Lux Bond & Green | Accounts Receivable received from Lux Bond & Green | 1121-000 | 625.00 | | 650.00 |
| 02/24/14 | {4} | Fisher Jewelers and Silversmiths | Accounts Receivables received from Fisher Jewelers and Silversmiths | 1121-000 | 63.00 | | 713.00 |
| 02/24/14 | {4} | Kara Campbell Bossong | Accounts Receiveables received from Kara Campbell Bossong | 1121-000 | 50.00 | | 763.00 |
| 02/24/14 | {4} | Tivol | Accounts Receivables received from Tivol | 1121-000 | 23.00 | | 786.00 |
| 02/24/14 | {4} | Zaltas Gallery | Accounts Receivables received from Zaltas Gallery | 1121-000 | 399.00 | | 1,185.00 |
| 02/24/14 | {4} | Diamonds Direct USA, Inc. | Accounts receiveables received from Diamonds Direct USA, Inc. | 1121-000 | 184.00 | | 1,369.00 |
| 02/24/14 | {4} | Diamonds Direct USA, Inc. | Reversed Deposit 100001 7 Accounts receiveables received from Diamonds Direct USA, Inc. | 1121-000 | -184.00 | | 1,185.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,175.00 |
| 03/13/14 | {4} | Frassanito Jewelers Corp. | Accounts receivable received from Frassanito Jewelers Corp. | 1121-000 | 200.00 | | 1,375.00 |
| 03/19/14 | {4} | Wilson & Son | Accounts receivable received from Wilson & Son | 1121-000 | 1,488.00 | | 2,863.00 |
| 03/19/14 | {9} | Hirsch & Co. | Preference payment received from Hirsch & Co. | 1241-000 | 425.00 | | 3,288.00 |
| 03/19/14 | {9} | GMC, LLC | Preference payment received from GMC LLC | 1241-000 | 600.00 | | 3,888.00 |
| 03/24/14 | {4} | David Harvey FIne Jewelers, LLC. | Accounts receivable received from David Harvey Fine Jewelers, LLC. | 1121-000 | 42.00 | | 3,930.00 |
| 03/26/14 | {4} | De La Vega Design, LLC | Accounts receivable funds received from De La Vega Design | 1121-000 | 95.00 | | 4,025.00 |
| 03/26/14 | {4} | Zundel's Jewelry | Accounts receivable funds received from Zundel's Jewelry | 1121-000 | 25.00 | | 4,050.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,040.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,030.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,020.00 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,010.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,000.00 |
| 08/26/14 | {4} | Zaltas Gallery | Accounts Receivable previously deposited by Debtor prior to filing | 1121-000 | -399.00 | | 3,601.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,591.00 |

|  | Subtotals : | $3,661.00 | $70.00 | |
|---|---|---|---|---|

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 114-40211
**Case Name:** HOUSE OF CLASPS, INC.

**Taxpayer ID #:** **-***3957
**Period Ending:** 12/18/17

**Trustee:** RICHARD J. McCORD (521290)
**Bank Name:** Rabobank, N.A.
**Account:** ******4966 - Checking Account
**Blanket Bond:** $44,643,604.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,581.00 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,571.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,561.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,551.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,541.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,531.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,521.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,511.00 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,501.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,491.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,481.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,471.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,461.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,451.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,441.00 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,431.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,421.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,411.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,401.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,391.00 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,381.00 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,371.00 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,361.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,351.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,341.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,331.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,321.00 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,311.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,301.00 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,291.00 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,281.00 |
| 06/06/17 | 101 | RICHARD J. McCORD | Payment of Expenses to the Chapter 7 Trustee Pursuant to Court Order dated May 19, 2017 | 2200-000 | | 57.22 | 3,223.78 |
| 06/06/17 | 102 | RICHARD J. McCORD | Payment of Commissions to the Chapter 7 Trustee pursuant to Court Order dated May 19, 2017 | 2100-000 | | 915.25 | 2,308.53 |
| 06/06/17 | 103 | NYS DEPT OF TAX & FINANCE | Dividend paid  31.21% on $484.60; Claim# | 5800-000 | | 151.28 | 2,157.25 |

Subtotals :                    $0.00          $1,433.75

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 114-40211 |
| Case Name: | HOUSE OF CLASPS, INC. |
| | |
| Taxpayer ID #: | **-***3957 |
| Period Ending: | 12/18/17 |

| | |
|---|---|
| Trustee: | RICHARD J. McCORD (521290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4966 - Checking Account |
| Blanket Bond: | $44,643,604.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4P-2; Filed: $484.60;<br>Stopped on 09/05/17 | | | | |
| 06/06/17 | 104 | Internal Revenue Service | Dividend paid  31.21% on $6,910.16; Claim#<br>6P-2; Filed: $6,910.16; | 5800-000 | | 2,157.25 | 0.00 |
| 09/05/17 | 103 | NYS DEPT OF TAX & FINANCE | Dividend paid  31.21% on $484.60; Claim#<br>4P-2; Filed: $484.60;<br>Stopped: check issued on 06/06/17 | 5800-000 | | -151.28 | 151.28 |
| 09/12/17 | 105 | United States Bankruptcy Court | Payment of Unclaimed Dividends | 5800-000 | | 151.28 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,661.00 | 3,661.00 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,661.00 | 3,661.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,661.00** | **$3,661.00** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4966** | **3,661.00** | **3,661.00** | **0.00** |
| | **$3,661.00** | **$3,661.00** | **$0.00** |